# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR B. GUERRERO,<br><br>               Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA;<br>and DOES 1 THROUGH 10,<br>inclusive,<br><br>              Defendants. | Case No.<br>EDCV 13-1017 JGB (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, Defendant's Motion for Summary Judgment is hereby GRANTED.

    Therefore, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: November 25, 2014  _____

                               Jesus G. Bernal
                         United States District Judge